**People of the State of Illinois, Plaintiff-Appellee, v. Kenneth Wick, Defendant-Appellant.**

Gen. No. 69–177. (Abstract of Decision.)

Second District.

July 2, 1970.

Rehearing denied August 7, 1970.

William G. Rosing, of Waukegan, for appellant; Jack Hoogasian, State's Attorney of Lake County, of Waukegan, and Kenneth M. Clark, of Waukegan, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.